**CITY OF WARRENTON, Respondent,**

v.

**Helen TAPLEY, Appellant.**

**No. ED 77751.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 26, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Feb. 22, 2001.

Daniel W. Deiter, Montgomery City, for appellant.

Darryl L. Hicks, Warrenton, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals from a judgment entered by the Warren County Circuit Court, finding her guilty of one count of stealing a hubcap, in violation of Warrenton city ordinance section 210.190. The court imposed a fine of $300 plus court costs. We find no error.

No jurisprudential purpose would be served by a written opinion reciting the

detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).